

# Fourth Court of Appeals
## San Antonio, Texas

September 7, 2022

No. 04-22-00438-CR

Lester Hildago **AGUILAR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 10697CR
Honorable Roland Andrade, Judge Presiding

# O R D E R

The reporter's record was originally due by September 6, 2022, and on that day, the court reporter filed a notification of late record requesting an extension until October 10, 2022 to file the record. Under Rule 35.3, this court is responsible for ensuring the appellate record is timely filed, and any extension we grant "must not exceed 30 days in an ordinary or restricted appeal." *See* TEX. R. APP. P. 35.3(c). Accordingly, we **grant in part** the court reporter's request for an extension, and we **order** the court reporter to file the record **by October 6, 2022**. If by that date, the court reporter needs an additional extension, she is advised she must file a second request for an extension.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of September, 2022.

_____
Michael A. Cruz,
Clerk of Court